JONES v. GRAHAM, commissioner, *et al.*

JENKINS, Justice. "An order dissolving [or] vacating . . an interlocutory injunction . . is not reviewable by fast writ of error. . . As such an order is not a final adjudication of the case, a writ of error sued out to review the same is premature and must be dismissed." *Stubbs* v. *McConnell,* 119 *Ga.* 21 (45 S. E. 710), and cit.; *Smith* v. *Willis,* 105 *Ga.* 840 (32 S. E. 92); *Kaufman* v. *Ferst,* 55 *Ga.* 350, 352; *Ballin* v. *Ferst,* 53 *Ga.* 551; *Armstrong* v. *Lewis,* 48 *Ga.* 127; *Hollinshead* v. *Lincolnton,* 84 *Ga.* 590 (10 S. E. 1094); *Goss* v. *Brannon,* 165 *Ga.* 502 (141 S. E. 295); *Hitchcock* v. *Hamilton,* 184 *Ga.* 700 (192 S. E. 726); Code, §§ 6-903, 6-701, 55-203. In the determination of such a motion to dissolve, the case can not be finally disposed of on its merits. *Lively* v. *Hunter,* 124 *Ga.* 516 (52 S. E. 544). Where, as in this case, an order recites merely that "the interlocutory injunction heretofore passed . . be and the same is hereby dissolved and set aside," it can not by inference or implication be construed as a judgment refusing an interlocutory injunction, so as to be reviewable by a fast bill of exceptions, or as a final determination of the merits, reviewable by an

ordinary bill of exceptions; but such order leaves the petition to be heard and passed upon as to the grant or refusal of an injunction and as to a final adjudication on the merits. *Touchton* v. *Henderson*, 158 *Ga.* 819 (124 S. E. 529); *Putnam Mills & Power Co.* v. *Stonecipher*, 151 *Ga.* 14 (106 S. E. 87); *James* v. *Wilkerson*, 164 *Ga.* 149, 150 (138 S. E. 71); *Druggists Co-operative Ice-Cream Inc.* v. *Cravey*, 183 *Ga.* 373, 374 188 S. E. 541); *College Park Cemetery Properties* v. *Cottongim*, 185 *Ga.* 741 (196 S. E. 409). "These rules are applicable, even though the order of dissolution . . is 'passed after submission of evidence.' " *Johnson* v. *Troup County Rural Electrification Cor.*, 184 *Ga.* 527 (192 S. E. 15); *Wofford Oil Co.* v. *Nashville*, 177 *Ga.* 460 (170 S. E. 369); *Williamson* v. *Allen*, 169 *Ga.* 537, 538 (150 S. E. 907). Accordingly, the writ of error in this case, sued out as a fast writ within twenty days, will not lie either as a fast bill of exceptions or as an ordinary bill of exceptions. *Writ of error dismissed. All the Justices concur.*

No. 12529. JANUARY 12, 1939. REHEARING DENIED FEBRUARY 22, 1939.

*J. H. Dorsey,* and *Benjamin Zeesman,* for plaintiffs.

*McDonald & McDonald, D. G. Meeks,* and *Strozier & Gower,* for defendants.